APRIL 17, 2001

No. 00–1396.  DUNCAN ET AL. v. KANSAS CITY SOUTHERN
RAILWAY CO. ET AL.  Sup. Ct. La.  Certiorari dismissed under
this Court's Rule 46.1.

APRIL 23, 2001

No. 00–222.  CITY OF BELLINGHAM ET AL. v. DEBOER ET UX.
C. A. 9th Cir.  Certiorari granted, judgment vacated, and case
remanded for further consideration in light of *Lujan* v. *G & G
Fire Sprinklers, Inc., ante,* p. 189.

No. 126, Orig.  KANSAS v. NEBRASKA ET AL.  Motion of the
Special Master for allowance of fee and disbursements granted,
and the Special Master is awarded a total of $152,563.19 for the
period August 1, 2000, through February 28, 2001, to be paid
evenly by Kansas, Nebraska, and Colorado.  [For earlier order
herein, see, *e. g.,* 531 U. S. 806.]

No. 00–7929.  WATKIS v. AMERICAN NATIONAL INSURANCE CO.
C. A. 11th Cir.  Motion of petitioner for reconsideration of order
denying leave to proceed *in forma pauperis* [531 U. S. 1187]
denied.